UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MITCHAEL BOSLEY,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAWDEN JOINT VENTURES CORPORATION,<br>*d/b/a* MCDONALD'S, MCDONALD'S<br>CORPORATION, *and* MCONDALD'S USA,<br>LLC,<br>　　　　　　Defendants. | :<br>:<br>:<br>:　No. 21-cv-4616<br>:<br>:<br>:<br>:<br>:<br>: |

# **O R D E R**

**AND NOW**, this 14th day of July, 2022, upon consideration of Plaintiff's Motion to Amend, defendant Rawden's response in opposition, Plaintiff's reply, and for the reasons stated in the Opinion issued this date, it is **HEREBY ORDERED THAT** Plaintiff's Motion, ECF No. 35, is **DENIED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*　　　　　
　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge