UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MITCHAEL BOSLEY,<br>        Plaintiff,<br><br>    v.<br><br>RAWDEN JOINT VENTURES CORPORATION, *d/b/a* MCDONALD'S, MCDONALD'S CORPORATION, *and* MCDONALD'S USA, LLC,<br>        Defendants. | :<br>:<br>:<br>:  No. 21-cv-4616<br>:<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 26th day of August, 2022, upon consideration of defendants McDonald's, McDonald's Corporation and McDonald's USA, LLC's (collectively "McDonald's") Motion for Summary Judgment, Plaintiff's response, McDonald's reply, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

1. McDonald's Motion for Summary Judgment, ECF No. 43, is **GRANTED**.

2. Judgment is **ENTERED** in favor of McDonald's and against Plaintiff on all counts.

3. Defendants McDonald's, McDonald's Corporation and McDonald's USA, LLC, are **TERMINATED** from this case.

                                                    BY THE COURT:

                                                    */s/ Joseph F. Leeson, Jr.*_____
                                                    JOSEPH F. LEESON, JR.
                                                    United States District Judge