UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MITCHAEL BOSLEY,<br>    Plaintiff,<br><br>  v.<br><br>RAWDEN JOINT VENTURES CORPORATION, *d/b/a* MCDONALD'S, MCDONALD'S CORPORATION, *and* MCDONALD'S USA, LLC,<br>    Defendants. | :<br>:<br>:<br>:   No. 21-cv-4616<br>:<br>:<br>:<br>:<br>:<br>: |

# **O R D E R**

**AND NOW**, this 26th day of August, 2022, upon consideration of defendant Rawden Joint Ventures Corporation d/b/a McDonald's Motion for Summary Judgment, Plaintiff's response, McDonald's reply, Plaintiff's sur-reply, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT** Rawden's Motion for Summary Judgment, ECF No. 45, is **GRANTED in part and DENIED in part** as follows:

1. Judgment is **ENTERED** in favor of Rawden and against Plaintiff on count 3 of the complaint;

2. Plaintiff's claim under count 2 of the complaint is **dismissed** to the extent that it is brought under Title VII. However, plaintiff's claim under count 2 will proceed to trial to the extent that it is brought under the ADA; and

3. Rawden's Motion for Summary Judgment is **DENIED** in all other respects.

                 BY THE COURT:

                 */s/ Joseph F. Leeson, Jr.*
                 JOSEPH F. LEESON, JR.
                 United States District Judge